UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA TORRES,

      Plaintiff,                           Case No.  06-10980

v.                                      District Judge Paul V. Gadola
                                      Magistrate Judge R. Steven Whalen

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.
_____/

**ORDER**

Defendant having represented that the medical records in question will be produced, Defendant's Motion to Show Cause Re: Dr. Terlep [Docket #19] is therefore moot, and is therefore DISMISSED WITHOUT PREJUDICE.

                                              S/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 16, 2006.

S/Gina Wilson
Judicial Assistant