UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA TORRES,

       Plaintiff,                    Case No.  06-10980

v.                                    District Judge Paul V. Gadola
                                       Magistrate Judge R. Steven Whalen

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.
_____/

**ORDER**

Before the Court is Defendant's motion to show cause to the Social Security Administration [Docket #21]. For the reasons set forth on the record on August 15, 2006, the Court will treat this as a motion to enforce subpoena, and will GRANT said motion

The Social Security Administration shall, within 21 days of the date of this Order, produce for Defendant's attorney the Social Security Disability application submitted by Plaintiff Rhonda Torres, and denied by the Social Security Administration.

       SO ORDERED.

                                         S/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 16, 2006.

                S/Gina Wilson
                Judicial Assistant