UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA TORRES,

       Plaintiff,                              Case No.  06-10980

v.                                         District Judge Paul V. Gadola
                                               Magistrate Judge R. Steven Whalen

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.
_____/

**ORDER**

Before the Court is Defendant's motion to compel the deposition of Plaintiff's children [Docket #17]. For the reasons and under the terms stated on the record on August 15, 2006, Defendant's motion is GRANTED IN PART AND DENIED IN PART, as follows:

1. Defendant shall be permitted to depose Plaintiff's 13-year-old child and 17-year-old child. The subject matter of the depositions shall be limited to what, if anything, these children do to assist the Plaintiff in her life activities, and what activities they are able to observe the Plaintiff perform.

2. Defendant shall not be permitted to depose Plaintiff's 9-year-old child.

3. Plaintiff's 9-year-old child shall be stricken from Plaintiff's witness list, and shall not be permitted to testify at trial.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 16, 2006.

S/Gina Wilson
Judicial Assistant